1

2

3

4

5

6

7

8              # UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11    SHARON WALTON,                          Case No. 1:20-cv-00417-SKO

12                  Plaintiff,               **ORDER THAT PLAINTIFF FILE A
                                             WRITTEN STATEMENT SHOWING
13         v.                                CAUSE WHY CASE SHOULD NOT BE
                                             DISMISSED OR THAT PLAINTIFF
14    KILOLO KIJAKAZI,                        FILE THE MOTION FOR SUMMARY
      Acting Commissioner of Social Security,[1]  JUDGMENT**
15
                  Defendant.
16    _____/

17

18         On March 20, 2020, Plaintiff, represented by counsel and proceeding *in forma pauperis*,

19    filed the present action in this Court.  (Doc. 1.)  Plaintiff seeks review of the Commissioner's denial

20    of her application for benefits.  (*Id.*)

21         The Court entered a Scheduling Order on July 29, 2021.  (Doc. 14.)  Pursuant to the

22    Scheduling Order, Plaintiff's motion for summary judgment was due **September 13, 2021**—45 days

23    from entry of the Scheduling Order.  (*See id.*).

24         On September 13, 2021, Plaintiff failed to file and serve her motion for summary judgment

25    with the Court and on opposing counsel, and to date, no motion has been filed and served.  (*See*

26

27    _____

      [1] On July 9, 2021, Kilolo Kijakazi was named Acting Commissioner of the Social Security Administration. *See*
      https://www.ssa.gov/history/commissioners.html.  She is therefore substituted as the defendant in this action.  *See* 42
28    U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office
      of the Commissioner shall, in [their] official capacity, be the proper defendant").

Docket.)  Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and for want of prosecution. (Doc. 14.)  Alternatively, Plaintiff may file the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1.     By no later than **October 1, 2021,** Plaintiff shall **either**:

a.     file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's order and for want of prosecution; or

b.     file the motion for summary judgment.

**Failure to respond to this Order to Show Cause will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 20, 2021**                       /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE