1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | PETER K. THOMPSON
Acting Regional Chief Counsel
3 | DANIEL P. TALBERT
Special Assistant United States Attorney
4 | Social Security Administration
160 Spear Street, Suite 800
5 | San Francisco, CA 94105
Telephone: (510) 970-4860
6 | Facsimile: (415) 744-0134

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHARON WALTON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant.[1] | No. 1:20-cv-00417-SKO (SS)<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 22) |

The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon remand, the Appeals Council will instruct the Administrative Law Judge to perform a de novo review of the evidence and reassess the claimant's subjective symptom complaints, including her hearing testimony pursuant to 20 C.F.R. § 404.1529 and Social Security Ruling (SSR) 16-3p.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

Respectfully submitted,

DATE: November 15, 2021            */s/Kelsey M. Brown*
                                   Kelsey Mackenzie Brown
                                   Attorney for Plaintiff
                                   (*Authorized via email)

                                   PHILLIP A. TALBERT
                                   Acting United States Attorney

DATE: November 15, 2021            /s/ *Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant United States Attorney
                                   Social Security Administration

KRYSTLE S. MCMULLAN
Assistant Regional Counsel
Of Counsel

## **ORDER**

Based upon the parties' Stipulation and Order to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 22), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Sharon Walton and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **November 16, 2021**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE