KELSEY MACKENZIE BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA. 98406
Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
KRYSTLE S. MCMULLAN, DCBN 242319
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4839
Email: Krystle.McMullan@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHARON WALTON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant.[1] | No. 1:20-cv-00417-SKO (SS)<br><br>**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))**<br><br>**ORDER DENYING MOTION FOR ATTORNEY'S FEES AS MOOT**<br><br>**(Docs. 25 & 27)** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Sharon Walton ("Plaintiff") be awarded attorney fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of four thousand five hundred dollars ($4,500). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412(d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Kelsey M. Brown or Mackenzie Legal, PLLC (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///

///

///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

DATE: March 15, 2022      */s/ Kelsey M. Brown*
Kelsey M. Brown
Attorney for Plaintiff
SHARON WALTON
(*Authorized via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: March 15, 2022      /s/ *Krystle S. McMullan*
KRYSTLE S. MCMULLAN
Special Assistant United States Attorney
Social Security Administration

ORDER

Based on the parties' foregoing "STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))" (the "Stipulation") (Doc. 27),

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees and expenses in the amount of **four thousand five hundred dollars ($4,500)** be awarded subject to the terms of the Stipulation.

IT IS FURTHER ORDERED that Plaintiff's motion for attorney's fees (Doc. 25) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **March 16, 2022**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE